AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 9 - 2010
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Albany

UNITED STATES OF AMERICA

v.

**PAUL SHERWOOD**

## CRIMINAL COMPLAINT

CASE NUMBER: 10-MJ-380 (DRH)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about July, 2010 in Schenectady County, in the Northern District of New York the defendant did, knowingly and intentionally possess with intent to distribute cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21 United States Code, Section(s) 841(a)(1) and 841 (b)(1)(B).

I further state that I am a Special Agent with the Drug Enforcement Administration and that this complaint is based on the following facts:

*During the month of July, 2010, pursuant to an investigation into the narcotics trafficking of a person identified as Paul Sherwood, members of the Drug Enforcement Administration ("DEA") and the Capital District Drug Enforcement Task Force, with the assistance of a Confidential Informant ("CI"), arranged a controlled purchase of cocaine base (crack cocaine) from Paul Sherwood. Investigators set up surveillance at an agreed upon location in Schenectady, NY, and searched and equipped the CI with a transmitter, recording devices, and an amount of U.S. Currency. At approximately 6:30 p.m. on the day in July, 2010, Investigators witnessed Paul Sherwood meet with the CI at the agreed-upon location in Schenectady, New York. Subsequently, the CI met with investigators at a predetermined location and surrendered in excess of 5 grams of a substance believed to be cocaine base (crack cocaine), that has since been field-tested positive and weighed by Special Agents of the DEA as in excess of 5 grams of cocaine base.*

Continued on the attached sheet and made a part hereof:   YES   **NO**

_____
DEA Special Agent Pasquale A. DeRubertis
Signature of Complainant

Sworn to before me, and subscribed in my presence,

August 9, 2010                at           Albany, New York
Date                                        City and State

Hon. Randolph F. Treece
United States Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer