U.S. DISTRICT COURT
N.D. OF N.Y
FILED

JAN 27 2011

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | Crim. No. 11-CR-0046 - GLS |
| **PAUL J. SHERWOOD,** | Vio:   21 U.S.C § 841(a)(1) |
| Defendant. | (1 Felony Count) |

**THE GRAND JURY CHARGES:**

### COUNT 1

**Possession With Intent To Distribute Cocaine Base (Crack)**

On or about July 29, 2010, in Schenectady County, within the State and Northern District of New York, the defendant,

**PAUL J. SHERWOOD,**

knowingly and intentionally possessed with intent to distribute and distributed a controlled substance, which offense involved a mixture and substance containing 50 or more grams of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).

**THE GRAND JURY FURTHER ALLEGES THAT:**

In addition, the defendant, **PAUL J. SHERWOOD**, committed the above offense after prior convictions for felony drug offenses became final, namely:

On or about May 28, 1997, the defendant was convicted in United States District Court in the Northern District of New York, of Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base in violation of Title 21, United States Code, Sections 846 and 841(a)(1). The crime of Conspiracy to Possession with Intent to Distribute Cocaine and Cocaine Base in violation of Title 21, United States Code, Sections 846 and 841(a)(1) is a felony, within the meaning of Title 21 United States Code § 802(44).

Additionally, on or about July 22, 2009, the defendant was convicted in Rensselaer County Court, New York, of Criminal Sale of a Controlled Substance in the Fifth Degree in violation of Section 220.31 of the New York State Penal Law. The crime of Criminal Sale of a Controlled Substance in the Fifth Degree in violation of Section 220.31 of the New York State Penal Law is a felony, within the meaning of 21 United States Code § 802(44) under the laws of the State of New York that prohibit and restrict conduct relating to narcotic drugs.

Dated: January 27, 2011

        RICHARD S. HARTUNIAN  
        UNITED STATES ATTORNEY

By:    */s/ Daniel Hanlon*  
        Daniel Hanlon  
        Assistant United States Attorney  
        Bar Roll # 514103